UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Mag. Judge Case No. 12-7192-JCB |
| ) | |
| **JOSE A. COLLADO,** ) | |
| **Defendant** ) | |

### AFFIDAVIT IN SUPPORT OF ARREST

I, Matthew A. Langille, Special Agent, Department of Homeland Security, Homeland Security Investigations, do hereby make oath before the Honorable Jennifer C. Boal, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Jose A. Collado on a complaint filed in the Eastern District of Virginia charging the defendant with conspiracy to possess with intent to distribute one hundred grams of more of heroin, in violation of Title 21 United States Code, Sections 841(a) and 846, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Matthew A. Langille
Special Agent
Department of Homeland Security,
Homeland Security Investigations

**Subscribed and sworn to before me this 20th day of September, 2012.**



_____
Jennifer C. Boal
United States Magistrate Judge

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

SEP 1 9 2012

| | |
|---|---|
| United States of America<br>v.<br>Bryan Canales a/k/a "Tio," "Jorge J. Figueroa-Astor," "Nelson Rivera Gonzalez"<br>Jose A. Collado<br><br>*Defendant(s)* | Case No. 1:12MJ607 |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 18, 2012** in the county of **Loudoun** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 846 | Conspiracy to possess with intent to distribute one-hundred (100) grams or more of Heroin |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Adam B. Schwartz

*Complainant's Signature*
Special Agent Kimberly Lytell
U.S. Department of Homeland Security
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/19/12

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, VA

The Honorable Theresa C. Buchanan,
U.S. Magistrate Judge
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Jose A. Collado | ) Case No. 1:12MJ 607 |
| | ) |
| | ) |
| Defendant | ) |

RECEIVED
UNITED STATES MARSHAL
2012 SEP 19 PM 12:59
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jose A. Collado,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to possess with intent to distribute one-hundred (100) grams or more of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Date: 09/19/2012

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

*Issuing officer's signature*

City and state: Alexandria, VA

*Printed name and title*

### Return

INFORMATION COPY ONLY
NOTICE: BEFORE ARREST, VALIDATE THROUGH ORIGINAL [...] MARSHAL.

This warrant was received on _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

Arresting officer's signature

COPY

Printed name and title

Approved by AUSA Adam B. Schwartz